Anthony Williams
Sui Juris
5846 South Flamingo Road Suite 228
Fort Lauderdale, Florida [zip exempt]
1-877-714-1233 ext.105

FILED

16 JUN -1 PM 1:54

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

2:16-cv-425-FtM-38MRM

| | |
|---|---|
| Anthony Williams,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY TROY WILLIAMS aka; WILLIAMS, ANTHONY TROY; ANTHONY WILLIAMS; ANTHONY T. WILLIAMS; A.T. WILLIAMS; TROY WILLIAMS; A. TROY WILLIAMS; WILLIAMS, TROY; any and all variations of this legal name; JOHN DOES 1-100; JANE DOES 1-100; DOE CORPORATION 1-100; DOE PARTNER-SHIPS 1-100; DOE ENTITIES 1-100; DOE GOVERNMENTAL UNITS 1-100<br><br>Defendants, | CIVIL NO.:<br><br>COMMON LAW JURISDICTION<br><br>UCC 1 § 103.6<br><br>**COMPLAINT**<br><br>TRIAL BY JURY DEMANDED<br><br>EXHIBITS A - F<br><br>**HEARING:**<br><br>Date: Not Set<br><br>Time: Not Set<br><br>Judge: |

1

## COMPLAINT

COMES NOW, Anthony Williams, a Foreign American National on behalf of himself and files this instant common law action against the above named defendants. In support of this common law action, Plaintiff will state the following facts:

## VENUE AND JURISDICTION

Anthony Williams brings this action pursuant to the authority defined by the U.S. Constitution Article III, section 2 and Congressional statutes (Title 28 U.S.C. 1251, 1253, 1331, 1332, and to enjoin the Defendants from engaging in the unlawful acts in the this complaint, and for civil and criminal penalties pursuant to applicable common laws regarding Fraud, Misrepresentation, Forgery, Identity Theft, Theft By Conversion and venue is permitted by Federal Rule of Civil Procedure 12(b)(3), Title 28 U.S.C. 1404, 1391, 1392, et seq., PAG Anthony Williams also seeks such other relief as the Court may deem appropriate.

## THE PARTIES

Plaintiff Anthony Williams is a constitutional American National and not statutory citizen under federal law pursuant to 8 U.S.C. 1101(a)(21) and 8 U.S.C. 1452. Born in a state of the Union and a nonresident per 26 U.S.C. 7701(b)(1)(B) but not alien per 26 U.S.C. 7701(b)(1)(A) or individual per 26 CFR 1.1441-1(c)(3). Stateless person as per Newman-Green v. Alfonso Larrain, 490 U.S. 826 (1989). Constitutional diversity of citizenship pursuant to U.S. Constitution Article III, Section 2, but not statutory diversity pursuant to 28 U.S.C. 1332 with an address of 5846 S. Flamingo Road, Fort Lauderdale, Florida [zip exempt].

Defendants ANTHONY TROY WILLIAMS aka WILLIAMS, ANTHONY TROY; ANTHONY WILLIAMS; ANTHONY T. WILLIAMS; A.T. WILLIAMS; TROY WILLIAMS;

A. TROY WILLIAMS; WILLIAMS, TROY; with an address of 10821 Morningstar Drive, Hollywood, Florida 33026, is a legal person, legal fiction as it is defined in law.

The other Defendants have not yet been identified but Plaintiff reserves the right to amend this complaint when other Defendants can be specifically identified.

## THE ARGUMENT

Plaintiff asserts that the above named Defendant(s) have caused immeasurable harm to the Plaintiff by being mistaken as the Plaintiff and/or having cause for the Plaintiff to act as a surety for the Defendant(s) which has caused the Plaintiff to be subjected to unlawful and illegal search, seizures, detainments and arrests.

### I.   STATEMENT OF THE CASE AND FACTS

1. Defendant(s) are corporate employees/creation of the U.S. Government and has erroneously identified the Plaintiff as the Defendant.

2. Plaintiff is a flesh and blood man with a living soul who is made in the likeness and image of Yahweh Elohim and Yahshua the Messiah.

3. Defendant ANTHONY TROY WILLIAMS has been misidentified as being the Plaintiff and has caused immeasurable harm to the Plaintiff.

4. Plaintiff has filed numerous documents, declarations and affidavits which proved a distinct difference between the Plaintiff and the Defendant ANTHONY TROY WILLIAMS. (**Exhibits A**)

5. Plaintiff has a power of attorney which gives Plaintiff executive powers over Defendant. (**Exhibit B**)

6. The Defendant ANTHONY TROY WILLIAMS debts have caused immeasurable financial harm to be inflicted upon the Plaintiff because of mistaken identity or

3

identity theft by Defendant ANTHONY TROY WILLIAMS or the other Defendants named in the complaint to access an account set up in Defendant ANTHONY TROY WILLIAMS name.

7. Defendant ANTHONY TROY WILLIAMS and other Defendants have caused the Plaintiff to receive numerous traffic citations and criminal charges in Defendant ANTHONY TROY WILLIAMS name including but not limited to Driving Without A License, Driving On A Suspended License, Placing Improper Tags On A Vehicle, Failure To Register Vehicle, Speeding, Running Stop Signs, Resisting Arrest Without Violence, Rape, Aggravated Child Molestation, Unlicensed Practice of Law, Filing False Official Statement, in which Plaintiff was unlawfully charged as the Defendant ANTHONY TROY WILLIAMS when Plaintiff is a distinct separate entity from the Defendant ANTHONY TROY WILLIAMS.

8. Plaintiff has only one valid identification card which was issued by the United States Office of the Private Attorney General. (**Exhibit C**)

9. All other identification cards issued by the Federal and State Governments were issued to the Defendant ANTHONY TROY WILLIAMS and do not identify the Plaintiff nor do they make the Plaintiff a surety for the Defendant ANTHONY TROY WILLIAMS.

10. Plaintiff is the owner, executor, administrator and beneficiary of the Defendant ANTHONY TROY WILLIAMS and has trademarks and copyrights filed on April 11, 2011 giving Plaintiff exclusive ownership of the Defendants name ANTHONY TROY WILLIAMS. (**Exhibit D**)

11. Other unnamed Defendants who have yet to be specifically identified have assigned the Defendant a Social Security number in 1988 and erroneously have attached this number to the Plaintiff, when in fact the Plaintiff was born in 1971 and not 1988.

12. Defendant ANTHONY TROY WILLIAMS was created in the year of 1988 by the Social Security Administration which is veritable evidence that the Plaintiff is a distinct separate entity from the Defendant ANTHONY TROY WILLIAMS.

13. Plaintiff was deceptively assigned a birth certificate bearing the name of the Defendant which created a corporate fiction bearing a similar name to the Plaintiff which was set up to deceive the Plaintiff and all others that the Defendant and the Plaintiff are one in the same when in fact it has been proven on the public record that they are not the same but in fact two separate distinct entities. (**Exhibit A last page**)

14. Plaintiff has a UCC-1 financing statement filed in his birth state against the Defendant dated November 9, 2012 which secures to Plaintiff all of the Defendant's ANTHONY TROY WILLIAMS rights in assets, lands and personal property now owed and hereafter acquired. (**Exhibit E**)

15. Plaintiff filed numerous affidavits on the county record and published a legal notice in the local newspaper giving any juristic person the opportunity to dispute the validity of Plaintiff's claims which validates and authenticates that Plaintiff and Defendants and separate entities. The legal notice went unrebutted and therefore stands as a matter of law. (**Exhibit F**)

## II.   INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

1. Defendants began their fraudulent and deceptive actions prior to the birth of the Plaintiff and have not acted in good faith but has destroyed the credibility of the Plaintiff through deception. Defendants committed acts set forth above with total, complete, utter and reckless disregard of the probability of causing Plaintiff to suffer emotional distress.

2. As an actual and proximate cause of Defendants actions, Plaintiff have suffered severe emotional distress, including but not limited to lack of sleep, anxiety and depression. As a result of Defendant's wrongful acts and/or omissions, Plaintiff is entitled to various remedies including, but not limited to, rescission, reimbursement, equitable recoupment, indemnification, damages (statutory, actual, punitive and/or treble damages), attorney's fees and cost and injunctive relief for the undue emotional distress caused by the Defendants.

## III.   CONSPIRACY BY DEFENDANTS TO DEFRAUD PLAINTIFF

3. All of the Defendants have conspired, victimize, criminalize and stole from the Plaintiff for monetary gain whether knowingly or unknowingly.

4. A conspiracy exists among these Defendants to defraud Plaintiff by using the likeness of the Plaintiff's name to open accounts without the Plaintiff's knowledge causing immeasurable financial harm to Plaintiff.

5. A conspiracy exists among these Defendants to deceive other agencies into believing that Plaintiff and Defendant ANTHONY TROY WILLIAMS are one and the same entity when in fact they are not.

6. A conspiracy exist among these Defendants to deny the Plaintiff his basic contractual rights to receive a receipt from any monetary transaction and copy of

any and all documents that have been signed by the Plaintiff or some unknown person who has been signing on behalf of the legal person ANTHONY TROY WILLIAMS and profiting from the same without compensating the Plaintiff. This includes court cases, IRS tax returns, credit applications and bank transactions.

## IV. INCORPORATION OF PREVIOUSLY FILED AFFIDAVITS, MOTIONS, NOTICES, WRITS OR PETITIONS

7. Plaintiffs hereby incorporates all previously filed affidavits, motions, notices, writs or petitions of similar relevance against Defendants which have been previously filed on the public record, as if they were specifically outlined in their entirety. However, if there is any portion within those document or any of the previously filed documents which would prevent Plaintiff from being awarded the relief sought, Plaintiff hereby notices this court to stricken that portion from the document in order that Plaintiff may gain relief.

## V. DEMAND FOR TRIAL BY JURY

8. Plaintiff assert his constitutional right to a trial by jury to settle this controversy and do not agree nor waive their right to a trial by jury and expects this court to accommodate said trial at the courts earliest convenience. A separate demand will follow this complaint.

## CONCLUSION

In light of all the foregoing facts it is quite evident that the Defendants have violated their contractual agreements with the Plaintiff and acted in bad faith in stealing Plaintiff's identity through trickery and deceit and having caused immeasurable harm to not only the Plaintiff but to the Plaintiff's family and the public at large. Plaintiff have properly stated a claim upon which relief can be granted therefore and thereby eradicating any attempt by the Defendants to file a

standard frivolous Motion to Dismiss response pursuant to Rule 12(b) by falsely claiming Plaintiff have not stated a claim upon which relief can be granted.

## PRAYER FOR RELIEF SOUGHT

1. Plaintiff is seeking actual, general, punitive, compensatory and special damages to be determined at a trial by jury.
2. In the event that the Defendants want to settle this case without a trial by jury, Plaintiff is demanding a full page press release in all of the local Newspapers apologizing to Anthony Williams for the malicious lies, acts and deeds they committed and an apology to the public at large for betraying the trust of the people.
3. For Declaratory Relief, including but not limited to the following decrees of the court that:
    a) Plaintiff is the prevailing party.
    b) The Plaintiff never has been and never will be the same entity as the Defendant.
    c) A public apology from Defendants for these egregious acts committed against the Plaintiff.
    d) Compensate Plaintiff $3 million dollars each for the loss of income, defamation of character, slander, emotional distress, mental anguish and public embarrassment.
    e) Compensate Plaintiff for his attorney fees for being the prevailing party in compliance with the Civil Rights Attorneys Fees Award Act (commonly known as the "Private Attorney General Act").
    f) Injunction filed against Defendants and a public reprimand to deter future persons from committing similar felonious acts.
    g) That Plaintiff is a American National and not a U.S. Citizen.

h) That Defendants and any other persons, corporations or governmental entities acknowledge the distinction between the Plaintiff and the Defendant ANTHONY TROY WILLIAMS.

i) That any case in a court of law involving Plaintiff must be commenced in the true name of the Plaintiff Anthony Williams instead of the legal person's name ANTHONY TROY WILLIAMS.

j) That Plaintiff can not be charged with a crime unless it can be shown and proven on the record that Plaintiff has violated the law of Yahweh and the U.S. Constitution.

k) That any and all cases pending, previously adjudicated or will arise in the future be dismissed with prejudice if they bear the name capitalized as ANTHONY TROY WILLIAMS.

Executed this  31  day of  May  2016.

Anthony Williams
American National
5846 S. Flamingo Rd #228
Fort Lauderdale, Fl. 33026

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been furnished by US Mail, Fax or email to:

ANTHONY TROY WILLIAMS
10821 MORNINGSTAR DRIVE
HOLLYWOOD, FL 33026

on this _31_ day of May 2016.