FILED BY [signature] D.C.
MAR 20 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Anthony Williams

v.

ANTHONY TROY WILLIAMS

CASE NO. 16-CV-61202-RNS

# MOTION TO VACATE DISMISSAL

Plaintiff petitions the court to vacate its dismissal because of the following reasons:

1. Plaintiff was never notified that the case would be dismissed and never given an opportunity to respond.
2. Under Rule 1.420 (2)(e) Failure to prosecute, there is a period of 10 months of no activity before the action can be dismissed and Plaintiffs' action was dismissed on August 2, 2016 which was only 60 days after the complaint was filed.
3. This court has subject matter jurisdiction because both parties reside in its jurisdiction.
4. Plaintiff is being adversely affected by the dismissal and continues to be harmed by the defendant.

WHEREFORE, Plaintiff moves this court to grant Plaintiff's Motion To Vacate Dismissal so that the defendant can be served and made to answer this Complaint. Done this 2nd day of March 2017.

Respectfully Submitted,

Anthony Williams

Anthony Williams #501602094
P.O. Box 9356
Ft. Lauderdale, FL 33310

Anthony Williams
Main Jail # 501602094
P.O. Box 9356
Ft. Lauderdale, FL 33301

Main Jail Facility
PO Box 9356
Ft. Lauderdale, FL 33310

3/8

U.S. DISTRICT COURT
299 East Broward Blvd. Room 108
Fort Lauderdale, FL 33301

Civil?

HOWARD C. FORMAN
CLERK OF CIRCUIT AND COUNTY COURT
BROWARD COUNTY COURTHOUSE
201 SOUTHEAST 6TH STREET, ROOM 160
FORT LAUDERDALE, FLORIDA 33301

RETURN SERVICE REQUESTED

FIRST FIRST CLASS 03/16/17

Hasler
03/16/2017
US POSTAGE $000.37³
FIRST-CLASS MAIL
AUTO
ZIP 33301
011E12650614

U.S. District Court
299 East Broward Blvd
Fort Lauderdale, FL 33301

33301$1922 C019